IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KELLY EDWARD VAUGHN,<br><br>Defendant. | CR 21-18-BLG-SPW<br><br>ORDER |

Upon the Defendant's Motion to Vacate Trial (Doc. 22), by and through his counsel of record, and for good cause appearing,

IT IS HEREBY ORDERED that the trial set for October 18, 2021 at 9:00 a.m. is **VACATED**. A new trial date will not be scheduled until Defendant has been arrested on his warrant and placed into Federal custody. For the purposes of the speedy trial act, the days between the date of this Order and the date of the new trial date are excludable under 18 U.S.C. Section 3161(h)(3)(A)(B).

The Clerk of Court is directed to notify counsel and the U.S. Marshals of the making of this Order.

DATED this 20th day of September, 2021.

SUSAN P. WATTERS
United States District Judge