IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>vs.<br><br>KELLY EDWARD VAUGHN,<br><br>Defendant. | CR 21-18-BLG-SPW<br><br>ORDER |

Upon the United States' Motion to Dismiss Indictment with Prejudice (Doc. 24), and for good cause appearing,

IT IS HEREBY ORDERED that the Indictment in the above-entitled cause is **DISMISSED WITH PREJUDICE**.

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 2nd day of December, 2021.

_____
SUSAN P. WATTERS
U. S. DISTRICT JUDGE

1